IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph W. Thompson<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-12881/MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant.<br>v. | CHAPTER 13 |
| Joseph W. Thompson<br>    Debtor/Respondent, | |
| Kenneth E. West, Trustee<br>    Additional Respondent. | |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper's Stipulation by Nationstar Mortgage LLC D/B/A Mr. Cooper and Debtor regarding Motion for Relief of Stay filed with the Court on February 22, 2022 (DOC. #57).

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph W. Thompson<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-12881/MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Movant.<br>v. | CHAPTER 13 |
| Joseph W. Thompson<br>　　　Debtor/Respondent, | |
| Kenneth E. West, Trustee<br>　　　Additional Respondent. | |

## ORDER

　　　AND NOW, this _____ day of _____, 2022, upon consideration of the Movant's Stipulation By Nationstar Mortgage LLC D/B/A Mr. Cooper and Between Debtor's re Motion for Relief of Stay filed with the Court on February 22, 2022, it is hereby ORDERED that the Motion is GRANTED.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph W. Thompson<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-12881/MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Movant.<br>v. | CHAPTER 13 |
| Joseph W. Thompson<br>　　　Debtor/Respondent, | |
| Kenneth E. West, Trustee<br>　　　Additional Respondent. | |

**CERTIFICATE OF SERVICE**

　　　I, Lily C. Calkins, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 9th day of March, 2022:

Joseph W. Thompson
9445 Lansford Street
Apartment 1
Philadelphia, PA 19114

Brad J. Sadek, Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com - VIA ECF

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com