## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph W. Thompson<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>19-12881-mdc |
| Nationstar Mortgage LLC<br>        Movant.<br>v. | CHAPTER 13 |
| Joseph W. Thompson<br>        Debtor/Respondent, | 11 U.S.C. § 362 |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>        Additional Respondent. | |

### CERTIFICATION OF DEFAULT

The undersigned, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order entered February 22, 2022.  It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on September 16, 2022.  The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

Regular payments of $1,337.08 from September 1, 2022 through October 1, 2022  $2,674.16;
Attorney Fees associated with this default                                          $100.00
Less Debtor's Suspense                                                           $(1,300.44)
**TOTAL DEFAULT**                                                                  $1,473.72

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated:  October 5, 2022

BY: */s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com