IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph W. Thompson<br>　　　Debtor,<br><br>Nationstar Mortgage LLC<br>　　　Movant.<br>v.<br><br>Joseph W. Thompson<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-12881-mdc<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

NATIONSTAR MORTGAGE LLC'S
NOTICE OF DEFAULT OF STIPULATION

**RE: PROPERTY KNOWN AS 9445 Lansford Street, Philadelphia, PA 19114**

TO:
Joseph W. Thompson
9445 Lansford Street
Apt 1
Philadelphia, PA 19114

Brad J. Sadek, Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 1
Sent via electronic notification: brad@sadeklaw.com

　　　You are hereby notified that the Debtor is in default of the terms of the Stipulation entered into by the parties and approved by the Court. The Debtor has failed to make the following payments and late charges:

Regular payments of $1,337.08 from August 1, 2022 through September 1, 2022 which total $2,674.16;
Attorney fee of $100.00 for this Notice of Default
Less Debtor's Suspense $(817.75)

**TOTAL DEFAULT AS OF SEPTEMBER 15, 2022 IS** $1,956.41

If the default continues to the following month, the Debtor shall include funds to cure that month's default as well.  Pursuant to the terms of the Stipulation, the full cure of the default must be via certified funds, money orders or cashier's check, with the loan number clearly written thereon and made payable to Nationstar Mortgage LLC.  During pendency of this default, please remit all payments to:  c/o LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406

The default must be cured within 15 days from the date below or Movant shall file a Certification of Default with the Court, and request the Court to enter an Order granting Movant relief from the Automatic Stay.

                                        Respectfully submitted,

Dated:  September 16, 2022          By:  */s/ Christopher A. DeNardo*
                                                  Christopher A. DeNardo 78447
                                                  Lorraine Gazzara Doyle  34576
                                                  LOGS Legal Group LLP
                                                  3600 Horizon Drive, Suite 150
                                                  King of Prussia, PA 19406
                                                  (610) 278-6800
                                                  logsecf@logs.com

File #:  18-058712